# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JOSE RAMIREZ, | Civil No. 09-0476 (JRT/FLN) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| DWIGHT FONDREN, WARDEN (FCI-SANDSTONE), | |
| Respondent. | |

---

Jose Ramirez, #68315-179, Post Office Box 1000, Sandstone, MN 55702, pro se petitioner.

Ana Voss, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated March 6, 2009. Based upon the Report and Recommendation of the Magistrate Judge [Docket No. 3], and all of the files, records and proceedings herein, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. Petitioner's application for habeas corpus relief under 28 U.S.C. Section 2241 [Docket No. 1], is **DENIED**; and

2. This action is summarily **DISMISSED WITH PREJUDICE**.

Dated: April 1, 2009              ___s/John R. Tunheim___
at Minneapolis, Minnesota        JOHN R. TUNHEIM
                                                    United States District Judge